IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:08CR109(01)
)
)
Randy L. Mora

## ORDER TERMINATING SUPERVISED RELEASE

The above named began supervised release on April 26, 2018, for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 10 day of MAY, 2018

Thomas M. Rose
United States District Judge